IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

J'MARI BETHEA, individually, )
and WICKFORCE, as an )
organization, )
 )
 Plaintiffs, )
 )
v. ) CASE NO. CV216-140
 )
NATHAN DEAL, in his official )
capacity as Governor of )
Georgia, and BRIAN P. KEMP, )
in his official capacity as )
Secretary of State for the )
State of Georgia, )
 )
 Defendants. )



## O R D E R

Before the Court is Plaintiffs' Motion for Emergency Temporary Restraining Order. (Doc. 2.) Plaintiffs' request for oral argument (id. ¶ 5) is **GRANTED**. The Court will conduct a hearing on this matter at **10:00 a.m.** on **Wednesday, October 19, 2016** in the **Third Floor Courtroom** of the **Tomochichi Courthouse** in **Savannah, Georgia**.

SO ORDERED this 18th day of October 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA