# United States District Court
## *Southern District of Georgia*

J'MARI BETHEA, et. al

_____
Plaintiff

v.    NATHAN DEAL, et al.

_____
Defendant

Case No. 2:16-cv-140

Appearing on behalf of
PLAINTIFF
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 19th day of October, 2016

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Kathleen M. Burch

Business Address: ACLU of Georgia
Firm/Business Name

1100 Spring St, Suite 640
Street Address

Atlanta    GA    30309
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

_____
Address Line 2    City    State    Zip

678-981-5291
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: kburch@acluga.org

# United States District Court
## Southern District of Georgia

J'MARI BETHEA, et. al

_____
Plaintiff

v. NATHAN DEAL, et al.

_____
Defendant

Case No. _____

Appearing on behalf of : _____

PLAINTIFF
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner,** ____Kathleen M. Burch____ hereby requests permission to appear pro hac vice in the subject case filed in the ____Brunswick____ Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, ____Northern District of Illinois____. **Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates ____James A. Yancey, Jr.____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __17__ day of __October__, __2016__.

/s/ Kathleen M. Burch
_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, ____James A. Yancey, Jr.____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __17__ day of __October__, __2016__.

| | |
|---|---|
| 779725 | /s/ James A. Yancey, Jr. |
| Georgia Bar Number | Signature of Local Counsel |
| 912-265-8562 | James A. Yancey Jr., Attorney at Law PC (Law Firm) |
| Business Telephone | 704 G Street (Business Address) |
| | Brunswick, GA 31520 (City, State, Zip) |
| | (Mailing Address) |
| | jayjr@standinthegap.biz (Email Address) |

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Kathleen M. Burch

*Northern District of Illinois*

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Kathleen M. Burch was duly admitted to practice in said Court on (12/20/1989) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/17/2016)

Thomas G. Bruton, Clerk
By: Maria Hernandez
Deputy Clerk