IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
Brunswick Division

J'MARI BETHEA, individually;
JOSHUA LATTIMORE, individually;
GEORGIA STATE CONFERENCE
OF THE NAACP, as an organization;
and WickFORCE, as an organization;

Plaintiffs,

v.

NATHAN DEAL, in his official
capacity as Governor of Georgia, and
BRIAN P. KEMP, in his official capacity
as Secretary of State for the State of
Georgia,

Defendants.

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT
TO F.R.C.P. 41(a)(1)(A)(i)

Case No.: CV216-140

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs and their counsels, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the Defendants.

Respectfully submitted,
*/s/ James A. Yancey, Jr*

James A. Yancey, Jr.
Georgia Bar No. 779725
Attorney at Law, P.C.
704 G Street
Brunswick, Georgia 31520
(912) 265-8562 (Tel.)
(912) 265-8564 (Fax)
jayjr@standinthegap.biz

    Patricia T. Barmeyer
      Georgia Bar No. 038500
    Randy J. Butterfield
      Georgia Bar No. 100120
    KING & SPALDING LLP
    1180 Peachtree Street, N.E.
    Atlanta, Georgia 30309
    (404) 572-4600 (Tel.)
    (404) 572-5136 (Fax)
    pbarmeyer@kslaw.com
    rbutterfield@kslaw.com

    Kathleen M Burch
      Illinois Bar No. 6202278
    American Civil Liberties Union
    Foundation of Georgia
    1100 Spring Street
    Atlanta, GA 30309
    kburch@acluga.org
    (678) 981-5291 (Tel.)
    (770) 303-0060 (Fax)

    Dale Ho
      New York Bar No. 4445326
    dale.ho@aclu.org
    Julie A. Ebenstein
      New York Bar No. 4619706
    jebenstein@aclu.org
    American Civil Liberties Union
    125 Broad St.
    New York, NY 10004
    212.549.2693

    *Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

            Respectfully submitted,

            */s/ James A. Yancey, Jr.*

            James A. Yancey, Jr.
              Georgia Bar No. 779725
            Attorney at Law, P.C.
            704 G Street
            Brunswick, Georgia 31520-6749
            (912) 265-8562 (Tel.)
            (912) 265-8564 (Fax)
            jayjr@standinthegap.biz

            *Plaintiff's Attorney,*