IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

J'MARI BETHEA, individually; )
WICKFORCE, as an organization; )
JOSHUA LATTIMORE, individually; )
and GEORGIA STATE CONFERENCE OF )
THE NAACP, as an organization; )
)
    Plaintiffs, ) CASE NO. CV216-140
)
v. )
)
NATHAN DEAL, in his official )
capacity as Governor of the State )
of Georgia, and BRIAN P. KEMP, in )
his official capacity as Secretary )
of the State of Georgia, )
)
    Defendants. )
)

# O R D E R

Before the Court is Plaintiffs' Notice of Voluntary Dismissal. (Doc. 17.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have filed neither an answer nor a motion for summary judgment in this case, Plaintiffs' request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 31ST day of October 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA